# IN THE SUPREME COURT OF TEXAS

Misc. Docket No. 13-**9161**

## DENIAL OF REQUEST TO
## TRANSFER CASE FROM THE
## FOURTEENTH COURT OF APPEALS

The Supreme Court denies the request to transfer the following case from the Fourteenth Court of Appeals District, Houston, Texas:

Case Number: 14-13-00694-CV
*First Bank v. DTSG LTD. Et Al*

ORDERED in Chambers,

With the Seal thereof affixed at the City of Austin, this 25th day of November, 2013.

BLAKE HAWTHORNE, CLERK
THE SUPREME COURT OF TEXAS